# ELECTRONIC RECORD

490-15
491-15

COA # 05-14-00212-CR          OFFENSE: 22.01

STYLE:  Joe Polanco v. The State of Texas     COUNTY: Collin

COA DISPOSITION:    AFFIRM          TRIAL COURT: 401st Judicial District Court

DATE: 02/23/2015          Publish: NO   TC CASE #:   401-81063-2011

## IN THE COURT OF CRIMINAL APPEALS

490-15
491-15

STYLE:   Joe Polanco v. The State of Texas        CCA #:

_____PRO SE_____ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:         DATE: _____

_____REFUSED_____           JUDGE: _____

DATE: __11/04/2015__            SIGNED: _____     PC: _____

JUDGE: __per curiam__            PUBLISH: _____     DNP: _____

\- - - - - - - - - - - - - - - - - -

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____